IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM GIPSON, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>HYUNDAI POWER TRANSFORMERS )<br>USA, INC., et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:17cv498-MHT<br>(WO) |

**JUDGMENT**

At the request of counsel for plaintiff William Gipson, it is ORDERED that the state-law claims of intentional infliction of emotional distress, invasion of privacy, interference with contractual or business relations, and negligent and wanton hiring, training, supervision and retention, are dismissed. *See* Complaint (doc. no. 1); Plaintiff's Brief in Opposition to Summary Judgment (doc. no. 86) at 41 (voluntarily dismissing state-law claims).

Furthermore, because there are no longer any claims against defendants Clayton Payne and Ted Arkuszeski, it

is ORDERED that defendants Payne and Arkuszeski are dismissed and terminated as parties in this litigation.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 28th day of June, 2019.

                         /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**