IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM GIPSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv224-MHT |
| | ) | (WO) |
| HYUNDAI POWER TRANSFORMERS | ) | |
| USA, INC., et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| WILLIAM GIPSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv498-MHT |
| | ) | (WO) |
| HYUNDAI POWER TRANSFORMERS | ) | |
| USA, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

ORDER

Based on the representations made on the record on August 9, 2019, in civil action no. 2:17cv498-MHT, it is ORDERED that:

(1) The oral motion to consolidate (doc. no. 131) in civil action no. 2:17cv498-MHT is granted.

(2) Civil action no. 2:17cv498-MHT and civil action no. 2:19cv224-MHT are consolidated.

(3) Civil action no. 2:19cv224-MHT, because it will require much pretrial work, is the lead case.

(4) The oral motion to stay (doc. no. 130) in civil action no. 2:17cv498-MHT is granted.  Because almost all the pretrial work has been completed in civil action no. 2:17cv498-MHT, the proceedings in civil action no. 2:17cv498-MHT are stayed until further order.  The court will decide later how the claims in civil action no. 2:17cv498-MHT are to be folded into the consolidated proceedings.  Civil action no. 2:17cv498-MHT is closed administratively.

(5) All future filings are to be made in only civil action no. 2:19cv224-MHT, though the filings should still bear the double style as reflected in this order.

DONE, this the 12th day of August, 2019.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**